January 5, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ARCHIE LEE WILLIAMS, Appellant

NO. 14-11-00135-CR                           V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the motion of the appellant to withdraw notice of appeal. Having considered the motion the Court orders the appeal **DISMISSED** and further orders this decision certified below for observance.

We further order the Clerk of this Court to issue the mandate immediately.